JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Robert Comisar, | Case No. **CV 09-6443-JFW** |
| Petitioner, | [**CR 06-0807 JFW**] |
| v. | **JUDGMENT** |
| United States of America, | |
| Respondent. | |

   Pursuant to this Court's January 19, 2010 Order denying Petitioner Steven Robert Comisar's motion to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255,

   IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

Dated: January 19, 2010      _____
                              JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE